UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANG W MENDY,<br><br>    Plaintiff,<br><br>    v.<br><br>RASIER LLC, UBER TECHNOLOGIES INC, LYFT INC,<br><br>    Defendants. | CASE NO. 2:23-cv-01470-BAT<br><br>**ORDER NOTING PLAINTIFF'S SECOND MOTION TO AMEND COMPLAINT** |

On December 28, 2023, the Court granted Plaintiff an amended Second Motion for Leave of Court to Add New Defendant with the proposed Second Amended Complaint and to note the amended Second Motion for Leave to Amend for January 19, 2024. On January 1, 2024, Plaintiff filed a Second Motion to Amend Complaint (Dkt. 27) and on January 2, 2024, Plaintiff filed a Second Amended Complaint (Dkt. 28).

The Clerk of Court is directed to note these filings (Dkts. 27 and 28) for **January 19, 2024**. The Clerk of Court shall also re-note Defendants Raiser LLC and Uber Technologies, Inc.'s Motion to Dismiss (Dkt. 16) for **January 19, 2024**.

DATED this 5th day of January, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge