UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG W MENDY,

                  Plaintiff,

    v.

RASIER LLC, UBER TECHNOLOGIES INC, LYFT INC,

                  Defendants.

CASE NO. 2:23-cv-01470-BAT

**ORDER DENYING MOTION FOR INTERPRETER**

On December 8, 2023, Plaintiff Sang W. Mendy filed an "Application for Wollof Interpreter". Dkt. 20. Plaintiff asks the Court to appoint a Wollof interpreter to be present in every hearing in this case because English is not his native language. *Id.*

At this time, Plaintiff has not identified any particular proceeding or issue for which the services of an interpreter are needed. Plaintiff has also submitted a complaint and numerous filings reflecting his competence with written English.

Accordingly, it is **ORDERED** that the motion (Dkt. 20) is denied at this time.

DATED this 5th day of January, 2024.

                                                                                    BRIAN A. TSUCHIDA
                                                                                  United States Magistrate Judge