UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG W. MENDY,

                    Plaintiff,

        v.

RASIER LLC, UBER TECHNOLOGIES
INC,

                    Defendants.

CASE NO. 2:23-cv-01470-BAT

**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT A *PRO BONO* ARBITRATOR**

        On July 18, 2025, the Court directed Plaintiff Sang Mendy to initiate arbitration by contacting counsel for Defendants Uber Technologies Inc. and Raiser LLC. Dkt. 102. The order indicated that if the parties could not agree on a paid arbitrator, the Court would appoint a *pro bono* arbitrator under Local Rule 39.1(B)(2)(E). The parties were directed to "file a joint status report no later than August 19, 2025" as to whether the parties had settled or agreed on a paid arbitrator. *Id.* at 2. The parties did not file a joint status report. Instead, Plaintiff filed a motion on August 15, 2025, requesting that the Court "appoint an impartial group of citizens as Juries and an Arbitrator" under 9 U.S.C. § 5. Dkt. 103. Defendants filed a response on August 19, 2025, which does not appear to take a position on Plaintiff's requested relief. Dkt. 104. Plaintiff filed a reply. Dkt. 105.

        The parties' 2022 Arbitration Agreement provides that, if the parties cannot agree on an arbitrator, "either party may invoke 9 U.S.C. § 5" to request that the Court appoint one. 9 U.S.C. § 5, similarly, provides that "upon the application of either party to the controversy the court

ORDER GRANTING PLAINTIFF'S MOTION TO
APPOINT A PRO BONO ARBITRATOR - 1

shall designate and appoint an arbitrator."

Having considered the pleadings and the record, the Court **GRANTS** Plaintiff's motion at Dkt. 103 to the extent it requests appointment of a *pro bono* (free of charge) neutral arbitrator. The Court declines to appoint a "group of citizens as juries" to arbitrate, as 9 U.S.C. § 5 provides that "unless otherwise provided in the agreement the arbitration shall be by a single arbitrator." Accordingly, **IT IS ORDERED** that:

1.      Steven Gary Toole is appointed to conduct mediation on a *pro bono* basis. Mr. Toole's contact information is listed on the Court's ADR Neutrals webpage as follows:

> PO Box 50008
> Bellevue, WA 98015
> Tel: 425-455-1570
> steve@sgtoolelaw.com

2.      Pursuant to Local Court Rule 39.1(c)(3), within ten days of receipt of this Order, Mr. Toole is directed to advise all attorneys of record whether he is willing and able to arbitrate this dispute and to make all disclosures required by CR 39.1(b)(4).

3.      By no later than **September 26, 2025**, Plaintiff shall file a written demand for arbitration with the appointed arbitrator and serve a copy of the demand on Uber as required by the parties' January 1, 2022 Arbitration Agreement. *See* Dkt. 68-5 at 19.

4.      Plaintiff shall file a status report by no later than **September 26, 2025**, as to whether he has complied with this Order.

5.      The Clerk is directed to serve a copy of this Order on Steven Gary Toole.

DATED this 28th day of August, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
APPOINT A PRO BONO ARBITRATOR - 2