UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANG W MENDY,<br><br>               Plaintiff,<br><br>   v.<br><br>RASIER LLC, UBER TECHNOLOGIES INC, LYFT INC,<br><br>               Defendants. | CASE NO. 2:23-cv-01470-BAT<br><br>**ORDER DIRECTING PARTIES TO RESPOND TO LETTER FROM ARBITRATOR** |

This dispute is subject to mandatory arbitration. Dkt. 76. Because the parties have been unable to agree on an arbitrator, the Court appointed arbitrator Steven Gary Toole on a *pro bono* basis on August 28, 2025. Dkt. 106. The Court is in receipt of Mr. Toole's letter of October 24, 2025, which has also been emailed to the parties. The letter (1) requests that the Court remove Mr. Toole as arbitrator and appoint an arbitrator with a different scope of legal experience and (2) suggests that the Court appoint *pro bono* counsel to represent Plaintiff, who is currently proceeding *pro se*.

The parties' input on these two questions would be helpful to the Court. The Court **ORDERS** each of the parties to file a report by **November 3, 2025**, indicating their views, if any, on Mr. Toole's statement regarding (1) the appointment of a replacement arbitrator and (2) the appointment of *pro bono* counsel for Plaintiff. Each party's report should address both issues.

DATED this 27th day of October, 2025.

                                                                              _____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PARTIES TO
RESPOND TO LETTER FROM
ARBITRATOR - 2