UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANG W MENDY,

Plaintiff,

v.

RASIER LLC, UBER TECHNOLOGIES INC, ALLSTATE INSURANCE COMPANY,

Defendants.

CASE NO. 2:23-cv-01470-BAT

**ORDER DENYING PLAINTIFF'S JOINT STATUS MOTION TO APPOINT ARBITRATOR, DKT. 130**

The Court **DENIES** Plaintiff's August 14, 2026 "Joint Status Report," requesting the Court appoint as arbitrator one of the following individuals: The Hon. Faith Ireland (Ret.), Hon. Judith Ramseyer (Ret), or Hon. Bradford Moore (Ret.). Dkt. 130.

1. Defendant indicates it agrees Lou Peterson may arbitrate the matter and is assessing whether it will agree to Hon. Judith Ramseyer. Dkt. 131. Plaintiff previously agreed to Mr. Peterson but withdrew that agreement when the Court declined to oversee the arbitration. *See* Dkt. 132 at 2.

2. Given the parties' representations, it is premature for the Court to select an arbitrator, and it is appropriate for the parties to continuing working together to select an arbitrator as set forth in the arbitration agreement.

3. As the Court has ordered this matter is subject to arbitration, and arbitration has not yet concluded, the Court's prior order directing the parties to file a joint status report every 4 months shall remain in effect. Dkt. 115.

4. The Clerk shall provide a copy of this order to all parties.

DATED this 2nd day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge